UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, LLC, CAPITOL CHRISTIAN MUSIC GROUP, INC., and VIRGIN RECORDS IR HOLDINGS, INC., <br><br> Petitioner, <br><br> v. <br><br> LARRY RUDOLPH a/k/a LAWRENCE S. ROGEL, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PETITION TO REGISTER JUDGMENT
ENTERED IN ANOTHER JURISDICTION**

Pursuant to 28 U.S.C. § 1963, Petitioners Capitol Records, LLC, Capital Christian Music Group, Inc., and Virgin Records IR Holdings, Inc. ("Petitioners") hereby seek to register in this district a judgment entered by the United States District Court for the Southern District of New York against Respondent Larry Rudolph a/k/a Lawrence S. Rogel ("Rogel").

On June 3, 2016, the Southern District of New York entered a monetary judgment in the amount of three million five hundred thousand dollars ($3,500,000) against Rogel, ReDigi Inc. ("ReDigi"), and John Ossenmacher ("Ossenmacher") arising from a copyright infringement action (the "Judgment"). A certified copy of the Judgment is attached as **Exhibit A**. On August 9, 2016, the Southern District of New York issued an order granting Petitioners' motion to register the judgment against Rogel in Massachusetts (the "Order"). A copy of the Order is attached as **Exhibit B**.

1

The Judgment is for a monetary sum and was rendered by a district court in another jurisdiction.  In addition, the Southern District of New York ruled that good cause existed to permit Petitioners to register the judgment against Rogel[1] in this district.  Accordingly, Petitioners are entitled under 28 U.S.C. § 1963 to register the judgment against Rogel in the District of Massachusetts.

WHEREFORE, Petitioners request that the Court register the Judgment as a judgment of this district.

CAPITOL RECORDS, LLC, CAPITOL CHRISTIAN MUSIC GROUP, INC., and VIRGIN RECORDS IR HOLDINGS, INC.,
By its attorneys,

*/s/ Joseph P. Calandrelli*
David B. Mack, BBO No. 631108
*dmack@ocmlaw.net*
Joseph P. Calandrelli, BBO No. 666128
*jcalandrelli@ocmlaw.net*
**O'Connor, Carnathan and Mack LLC**
Landmark One, Suite 104
1 Van de Graaff Dr.
Burlington, Massachusetts 01803
T: (781) 359-9000

Dated:  August 15, 2016

---

[1] Petitioners seek to register the Judgment against Rogel only.  It does not seek to register the Judgment against ReDigi or Ossenmacher, both of whom have filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code in the Southern District of Florida, West Palm Beach Division, as Case Nos. 16-20809-PGH and 16-20810-PGH.  By operation of Section 362(a) of the Bankruptcy Code, Petitioners are presently stayed from enforcing the Judgment against those defendants.  Petitioners commence this registration proceeding only pursuant to the authority conferred on it by the court's Order, and nothing in this document is, or is intended to be, an act by Petitioners or its agents to continue any lawsuit against ReDigi or Ossenmacher, or to enforce the Judgment against either of them or their respective property.

4837-2755-0774, v. 1